IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CASE NO.: 6:19-cv-01347-PGB-DCI

| | |
|---|---|
| **DANNA ST JOHN,** individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>**KELLER WILLIAMS REALTY, INC.,**<br><br>    Defendant. | **CLASS ACTION** |

## NOTICE OF SETTLEMENT

Plaintiff Danna St John, by and through undersigned counsel, hereby notifies the Court that the parties have reached an agreement in principle to settle the litigated claims in this case and various other related Telephone Consumer Protection Act cases on a class-wide basis. The parties are presently finalizing the terms of the settlement before drafting a written settlement agreement and related documents. Based on the foregoing, the parties respectfully request that the case be stayed and all current deadlines be suspended for 60 days, until August 29, 2022, at which time the parties will seek (1) approval of the settlement by one of the courts and (2) the administrative closure of the other actions in which approval of the settlement is not sought.

Dated: June 30, 2022    Respectfully submitted,

/s/Avi R. Kaufman
Avi R. Kaufman (Florida Bar no. 84382)
kaufman@kaufmanpa.com
Rachel E. Kaufman (Florida Bar no. 87406)
rachel@kaufmanpa.com
KAUFMAN P.A.
237 South Dixie Highway, 4th Floor
Coral Gables, FL 33133
Telephone: (305) 469-5881

Stefan Coleman (Florida Bar no. 30188)
law@stefancoleman.com
LAW OFFICES OF STEFAN COLEMAN, P.A.
201 S. Biscayne Blvd, 28th Floor
Miami, Florida 33131
Telephone: (877) 333-9427

*Attorneys for Plaintiff and the putative class*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and it is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

                                                                                     */s/ Avi R. Kaufman*